TO: County Clerk 4-29-2025
From: Edson Brown

To whom it may concern!

First and foremost i hope this letter reaches you in the best of health. I am writing to you today to inform the courts of the ineffective assistance of council that i am recieving. I was arrested on a complaint February 22, 2025, During my court appearance on March 27, 2025 my attorney Mark S. Demarco informed me that the government had 30 days from my court date (3/27/2025) to indict me. Under 18 u.s.c § 3161(b) the government has 30 days from the date of my initial arrest on the complaint to indict, not the court appearance. As of the date of this letter, more than 30 days have elapsed since the date of both my initial arrest FEb. 22, 25 and my court appearance date March. 27, 25. IVE been trying to contact my attorney to find out whether any exclusions of time has been granted under 18 u.s.c § 3161(H) →

To justify the absence / delay of an indictment within the mandated timeframe and i havent been able to get in contact with him after countless attempts to add him to the FBOP email to write him which he's declined. I havent given my attorney any consent for extensions nor have we had any discussions regarding this topic. This failure to communicate and act on my lawyers' behalf, has me sitting in jail 75 days unindicted with no explanation as to why. I have letters of support from my supervisors confirming that my job still awaits me on the outside. However, the government's delays have become hazardous to my employment, to my parental obligations to my 3 children, as well as my liberty interests and right to due process, as ive remained in federal custody since Feb. 22, 25 on this complaint while the government failed to timely seek an indictment.

[signature]

Edson Brown
62348-511

[signature] 8th May 2025

STEPHEN A. ESPINET
Notary Public, State of New York
No. 01ES6194593
Qualified in Kings County
Commission Expires ~~October 6, 20~~ November 27, 2028

2 of 2

Edson Brown #62348-511
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY, 11232

NEW YORK NY 100
9 MAY 2025 PM 9 L

AUTUMN COLORS FOREVER / USA 2024

"County Clerk"
U.S. District Court (SDNY)
500 pearl street
New York, NY, 10007

Criminal
Docketing

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

USMS SDNY

RECEIVED
MAY 12 2025
CLERK'S OFFICE
S.D.N.Y.

10007-131608