**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

U.S. DISTRICT COURT
FILED
OCT 0 2 2026
SOUTHERN DISTRICT OF
NEW YORK

**United States District Court**

Southern District of New York

Caption:
United States of America v.

Edson Brown

Docket No.: 25 Cr. 241
Hon. John P. Cronan
(District Court Judge)

Notice is hereby given that Edson Brown appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other | ______ (specify)
entered in this action on Sept. 25, 2026.
(date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✔] Other [ ]

Defendant found guilty by plea [✔] trial [ ] N/A [ ]

Offense occurred after November 1, 1987? Yes [✔] No [ ] N/A [ ]

Date of sentence: Sept. 25, 2026 N/A [ ]

Bail/Jail Disposition: Committed [✔] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes ✔ | No [ ] If yes, provide the following information:

Defendant's Counsel: Mark S. DeMarco

Counsel's Address: 100 Lafayette Street, Ste.501
New York, NY 10013

Counsel's Phone: 718-239-7070

Assistant U.S. Attorney: Andrew Jones

AUSA's Address: 26 Federal Plaza
New York, NY

AUSA's Phone: 212-637-2249

Signature